IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

OTIX BLAXTON,

      Petitioner,

v.

FLORIDA DEPARTMENT OF CORRECTIONS,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D13-6037

Opinion filed July 9, 2014.

Petition for Writ of Certiorari – Original Jurisdiction.

Otix Blaxton, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tammy Sherrell Metcalf, Assistant Attorney General, and Jennifer Parker, General Counsel, Tallahassee, for Respondent.

PER CURIAM.

      DENIED.

ROBERTS, RAY, and SWANSON, JJ, CONCUR.